**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

MORGAN E&P, INC.,

      *Plaintiff/Counter-Defendant,*

v.

BAKKEN PARTNERS I, LLC,

      *Defendant/Counter-Plaintiff.*

Case No. 4:25-CV-05027

---

**JOINT MOTION TO STAY ALL DEADLINES**

---

Plaintiff/Counter-Defendant, Morgan E&P, Inc. ("Morgan"), and Defendant/Counter-Plaintiff, Bakken Partners I, LLC's ("Bakken"), jointly move to stay this case for at least 120 days to facilitate the parties' ongoing discussions to resolve this dispute. Parties respectfully request that the Court grant this Motion in the interest of efficiency and judicial economy.

**BACKGROUND**

1. On October 21, 2025, Morgan initiated this lawsuit against Bakken for the alleged breach of the parties' Joint Operating Agreement (the "JOA") and related contracts. Doc. 1. Morgan also asserted a tort claim arising from Bakken's initiation of a separate administrative proceeding involving Morgan.

2. Bakken filed its Answer and Counterclaims on November 13, 2025. Doc. 7. Bakken's counterclaims allege that Morgan has breached the parties' JOA and related contracts. Bakken also seeks a permanent injunction removing Morgan as the operator of the two oil and gas wells at issue.

3.      On November 29, 2025, the Court entered a Scheduling and Docket Control Order. Doc. 10.

4.      Morgan Answered Bakken's Counterclaims on December 4, 2025. Doc. 12.

**REQUEST FOR STAY**

5.      Since at least October, the parties have been actively engaged in settlement discussions. The parties are close to reaching an agreement and believe that a stay will allow them to either narrow the issues at issue or resolve the dispute entirely.

6.      A stay is "an exercise of judicial discretion," and "[t]he propriety of its issue is dependent upon the circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Villareal v. United Prop. & Cas. Ins. Co.*, No. 7:21-cv-00145, 2021 WL 4949273, 2021 U.S. Dist. LEXIS 168794, *7 (S.D. Tex. Sep. 7, 2021) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)).

7.      A stay will allow the parties to continue their ongoing and productive settlement discussions, which could allow both parties to avoid the expense of further litigation. Staying this matter will not only encourage the parties to successfully complete their settlement discussions but also provide the parties with the time necessary to resolve various contractual, financial, and technical details and obtain necessary management approvals. A temporary stay also allows the parties to focus on finalizing their agreement instead of pursuing costly litigation. Further, the requested stay will preserve judicial time and resources.

**CONCLUSION**

Based on the foregoing, Morgan and Bakken respectfully request that this Court enter an order: (a) staying this case to allow parties to continue settlement negotiations; and (b) ordering both parties to file a joint status report 120 days after the entry of an order granting this joint motion.

Dated this 15th day of December, 2025.

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Attorney-in-Charge
Texas Bar No. 24134165
S.D. TX Bar No. 3936457
BEATTY & WOZNIAK, P.C.
1675 Broadway Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
E-mail: aglenn@bwenergylaw.com

*Attorney for Morgan E&P, Inc.*

</div>

/s/ Savannah L. Ezelle
Christopher M. Hogan (S.D. Tex. 1043416)
Attorney-in-Charge for
Bakken Partners I, LLC
Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, Texas 77002
Telephone: (713) 671-5630
Facsimile: (713) 671-5632
chogan@hoganthompson.com


Savannah L. Ezelle (S.D. Tex. 3859703)
Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, Texas 77002
Telephone: (214) 953-1616
Facsimile: (214) 953-1618
sezelle@hoganthompson.com


Brandon Atwood (S.D. Tex. 3939511)
Hameline & Eccleston, LLP
2814 Main Street, Suite 200
Dallas, TX 75226
Telephone: (214) 953-1616
Facsimile: (214) 953-1618
batwood@helawfirm.com


*Attorneys for Bakken Partners I, LLC*

4

## **CERTIFICATE OF SERVICE**

On December 15, 2025, the above document was served on all counsel of record for the parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew K. Glenn*
Andrew K. Glenn