**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

MORGAN E&P, INC.,

     *Plaintiff/Counter-Defendant,*

v.

BAKKEN PARTNERS I, LLC,

     *Defendant/Counter-Plaintiff.*

Case No. 4:25-CV-05027

---

**JOINT STATUS REPORT**

---

WHEREAS, the Parties filed a Joint Motion to Stay All Deadlines (the "Motion") on December 15, 2025.

WHEREAS, after considering the Motion and seeing that it is agreed, the Court entered an Order Granting Joint Motion to Stay All Deadlines (the "Order") on December 19, 2025.

WHEREAS, pursuant to the Order, the Parties are required to file a joint status report on their settlement efforts on the last day of February, May, August, and November of each year until resolved.

NOW THEREFORE, pursuant to the Order, the Parties submit this Joint Status Report regarding the status of their settlement efforts.

The Parties continue to engage in good-faith settlement negotiations. While the Parties have not yet reached a final agreement, they believe that continued negotiations are productive and may result in a resolution of this matter without the need for further litigation.

The Parties will continue their settlement efforts and will provide another Joint Status Report on the last day of May, 2026, or sooner if this matter is resolved.

Dated this 26th day of February, 2026.

Respectfully submitted,

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Attorney-in-Charge
Texas Bar No. 24134165
S.D. Tex. Bar No. 3936457
BEATTY & WOZNIAK, P.C.
1675 Broadway Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
E-mail: aglenn@bwenergylaw.com

*Attorney for Morgan E&P, Inc.*

*/s/ Christopher M. Hogan*
Christopher M. Hogan (S.D. Tex. 1043416)
Attorney-in-Charge
Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, Texas 77002
Telephone: (713) 671-5630
Facsimile: (713) 671-5632
chogan@hoganthompson.com

Branndon Atwood (S.D. Tex. 3939511)
Hameline & Eccleston, LLP
2814 Main Street, Suite 200
Dallas, TX 75226
Telephone: (214) 953-1616
Facsimile: (214) 953-1618
batwood@helawfirm.com

*Attorneys for Bakken Partners I, LLC*

## <u>CERTIFICATE OF SERVICE</u>

On February 26, 2026, the above document was served on all counsel of record for the Parties in accordance with the Federal Rules of Civil Procedure.

/s/ Andrew K. Glenn
Andrew K. Glenn