**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MORGAN E&P, INC., | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Case No. 4:25-CV-05027 |
| | § | |
| BAKKEN PARTNERS I, LLC, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

**JOINT MOTION TO LIFT STAY OF ALL DEADLINES**

Plaintiff/Counter-Defendant, Morgan E&P, Inc. ("Morgan"), and Defendant/Counter-Plaintiff, Bakken Partners I, LLC ("Bakken") jointly move to lift the stay of all deadlines previously entered in this case so that the matter may proceed on the Court's docket. The parties respectfully request that the Court grant this Motion in the interest of efficiency and judicial economy.

**BACKGROUND**

1. On October 21, 2025, Plaintiff/Counter-Defendant, Morgan E&P, Inc., initiated this lawsuit against Bakken for the alleged breach of the parties' Joint Operating Agreement (the "JOA") and related contracts. Doc. 1. Morgan also asserted a tort claim arising from Bakken's initiation of a separate administrative proceeding involving Morgan.

2. Bakken filed its Answer and Counterclaims on November 13, 2025. Doc. 7. Bakken's counterclaims allege that Morgan has breached the parties' JOA and related

1

contracts.  Bakken also seeks a permanent injunction removing Morgan as the operator of the two oil and gas wells at issue.

3.    On November 29, 2025, the Court entered a Scheduling and Docket Control Order.  Doc. 10.

4.    Morgan Answered Bakken's Counterclaims on December 4, 2025.  Doc. 12.

5.    On December 15, 2025, the parties jointly moved this Court to stay all deadlines in this matter to facilitate ongoing settlement discussions.  Doc. 13.

6.    The Court granted the joint motion on December 19, 2025, and ordered the parties to file joint status reports on the last day of February, May, August, and November of each year until the dispute was resolved.  Doc. 15.

7.    On February 26, 2026, the parties filed a Joint Status Report regarding the status of their settlement efforts.  Doc. 18.

## REQUEST TO LIFT STAY

8.    The factual circumstances that formed the basis for the stay have materially changed.  The parties are no longer engaged in productive discussions toward resolution, and the prospect of reaching an agreement in the near term has diminished substantially.

9.    A stay is "an exercise of judicial discretion," and "[t]he propriety of its issue is dependent upon the circumstances of the particular case." *Nken v. Holder*, 556 U.S. 418, 433 (2009).  "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Villareal v. United Prop. & Cas. Ins. Co.*, No.

7:21-cv-00145, 2021 WL 4949273, 2021 U.S. Dist. LEXIS 168794, *7 (S.D. Tex. Sep. 7, 2021) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)). "It is that inherent authority that gives the court the power to lift the stay should the court deem such an action appropriate." *CITGO Petroleum Corp. v. M/T Bow Fighter*, No. H-07-2950, 2011 U.S. Dist. LEXIS 70773, *10 (S.D. Tex. June 30, 2011)

10.    Here, because settlement efforts have stalled and continued delay would unnecessarily postpone adjudication of the parties' claims and counterclaims, lifting the stay is appropriate.

## CONCLUSION

Based on the foregoing, Morgan and Bakken respectfully request that this Court lift the stay of all deadlines.

Respectfully submitted,

/s/ Andrew K. Glenn

Andrew K. Glenn
Attorney-in-Charge
Texas Bar No. 24134165
S.D. TX Bar No. 3936457
BEATTY & WOZNIAK, P.C.
1675 Broadway Street, Suite 600
Denver, Colorado 80202
Telephone: (303) 407-4499
Facsimile: (800) 886-6566
E-mail: aglenn@bwenergylaw.com

*Attorney for Morgan E&P, Inc.*

3

*/s/ Christopher M. Hogan*
Christopher M. Hogan
(S.D. Tex. 1043416)
Attorney-in-Charge for
Bakken Partners I, LLC
Hogan Thompson Schuelke LLP
1001 Fannin Street, Suite 4775
Houston, Texas 77002
Telephone: (713) 671-5630
Facsimile: (713) 671-5632
chogan@hoganthompson.com

Brandon Atwood (S.D. Tex. 3939511)
Hameline & Eccleston, LLP
2814 Main Street, Suite 200
Dallas, TX 75226
Telephone: (214) 953-1616
Facsimile: (214) 953-1618
batwood@helawfirm.com

*Attorneys for Bakken Partners I, LLC*

## CERTIFICATE OF WORD COUNT

Under § 18(c) of the Court Procedures, this document includes 496 words excluding the case caption, signature blocks, and certificates as calculated by the word-processor register.

*/s/ Christopher M. Hogan*
Christopher M. Hogan

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served on all parties of record on May 28, 2026 in accordance with the Federal Rules of Civil Procedure.

*/s/ Christopher M. Hogan*
Christopher M. Hogan